JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA COSMETICS, INC., | Case No. CV 13-7731 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARK ASHTON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Athena Cosmetics, Inc. and against defendant Newvitalash, Inc. in the total amount of $100,000 in statutory damages under 15 U.S.C. § 1125(d).

2. Plaintiff is awarded attorney's fees in the amount of in the amount of $5,600.00 pursuant to Local Rule 55-3.

3. Defendant, and its agents, servants, employees, successors and assigns, and all other persons acting in concert or conspiracy with or affiliated with them are permanently restrained and enjoined from:

   (a) Advertising, promoting, marketing, selling, disposing of or distributing in the United States any product under the names REVITALASH, REVITABROW, NEWVITALASH or

        NEWVITABROW or with a trademark confusingly similar to REVITALASH and REVITABROW.

    (b)    Displaying on products or packaging in the United States any product with the trademarks REVITALASH, REVITABROW, NEWVITALASH or NEWVITABROW or with a trademark confusingly similar to REVITALASH and REVITABROW.

    (c)    Importing into the United States any product with the trademarks REVITALASH, REVITABROW, NEWVITALASH or NEWVITABROW or with a trademark confusingly similar to REVITALASH and REVITABROW.

    (d)    Advertising, promoting, selling and displaying via the Internet or any other electronic form accessible in the United States, any product with the trademarks REVITALASH, REVITABROW, NEWVITALASH or NEWVITABROW or with a trademark confusingly similar to REVITALASH and REVITABROW.

4.    Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make them operative in any future proceedings.

Dated this 19th day of February, 2014.

                                            /s/
                                  Fernando M. Olguin
                              United States District Judge